1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MICHAEL F. SCHULZE,                          CASE NO. CV-F-05-0180 AWI LJO

12                    Plaintiff,         _____**ORDER TO SHOW CAUSE WHY SUMMONS
                                             AND COMPLAINT HAVE NOT BEEN**
13          vs.                              **SERVED TO COMPLY WITH F.R.Civ.P. 4**

14   FEDERAL BUREAU OF
     INVESTIGATION, et al,
15
                     Defendants.
16   _____/

17          Plaintiff Michael F. Schulze ("plaintiff") proceeds pro se and on February 9, 2005, filed his

18   complaint to allege that several federal agencies violated the Freedom of Information Act and the

19   Privacy Act, 5 U.S.C. §§ 552 and 552a.  To date, plaintiff has filed no documents to show proof of

20   service of the summons and complaint on defendants to comply with F.R.Civ.P. 4(i) and (m).  No

21   defendant has appeared in this action.

22          F.R.Civ.P.4(m) provides in part:

23                  If service of the summons and complaint is not made upon a defendant within
                    120 days after the filing of the complaint, the court, upon motion or on its own initiative
24                  after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant
                    or direct that service be effected within a specified time; provided that if the plaintiff
25                  shows good cause for the failure, the court shall extend the time for service for an
                    appropriate period.
26

27          This Court ORDERS plaintiff, no later than July 11, 2005, to show cause in writing why plaintiff

28   has failed to: (1) file documents to show proof of service of the summons and complaint on defendants

                                                    1

1    to comply with F.R.Civ.P. 4(i); and (2) accomplish service of the summons and complaint within 120

2    days of filing the complaint to comply with F.R.Civ.P. 4(m) .

3           **Plaintiff is admonished that this Court will recommend dismissal of this action if plaintiff**

4    **fails to comply with this order and to show good cause for failure to accomplish service of the**

5    **summons and complaint.**

6           IT IS SO ORDERED.

7    **Dated:    June 20, 2005**                    **/s/ Lawrence J. O'Neill**
     66h44d                                UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2