IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL F. SCHULZE, | CASE NO. CV-F-05-0180 AWI LJO |
| Plaintiff, | **ORDER TO SERVE SUMMONS AND COMPLAINT** |
| vs. | |
| FEDERAL BUREAU OF INVESTIGATION, et al., | |
| Defendants. | |

Plaintiff Michael F. Schulze ("plaintiff") proceeds pro se, is a federal prisoner, and on February 9, 2005, filed his complaint to allege that the Federal Bureau of Investigation, Drug Enforcement Administration and Department of Justice (collectively "defendants") violated the Freedom of Information Act and the Privacy Act, 5 U.S.C. §§ 552 and 552a. On June 28, 2005, plaintiff filed his response to this Court's order to show cause and to indicate that this Court's clerk had not provided him summonses to initiate plaintiff's service of summons and complaint on defendants.

Since plaintiff has paid the full filing fee to initiate this action and does not proceed in forma pauperis, plaintiff bears responsibility to serve the summons and complaint on defendants. To that end, this Court's clerk will be directed to issue summonses to plaintiff to accomplish service of the summons and complaint. *See* F.R.Civ.P. 4. This Court grants plaintiff up to October 3, 2005 to serve defendants with the summons and complaint in compliance with F.R.Civ.P. 4(i), which sets forth the requirements to serve federal agencies with a summons and complaint. This Court advises plaintiff that the service

address for the U.S. Attorney for the Eastern District of California is U.S. Attorney's Office, Civil Process Clerk, 1130 "O" Street, Room 3654, Fresno, CA 93721 and the service address of the U.S. Attorney General is U.S. Department of Justice, Washington, D.C. 20530.  This Court is not in a position to provide plaintiff the service addresses of the defendant agencies.

On the basis of good cause, this Court"

1. DIRECTS this Court's clerk to issue and send plaintiff summonses for each of the three defendants;

2. ORDERS plaintiff, no later than October 3, 2005 to complete service of the summons and complaint on defendants in compliance with F.R.Civ.P. 4(i); and

3. ADMONISHES plaintiff that his Court will recommend to dismiss this action if plaintiff fails to comply with this order and to timely serve the summons and complaint on defendants in compliance with F.R.Civ.P. 4(i).  *See* F.R.Civ.P. 4(m).

IT IS SO ORDERED.

**Dated:   July 1, 2005**                             /s/ Lawrence J. O'Neill
66h44d                                                         UNITED STATES MAGISTRATE JUDGE