IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL F. SCHULZE,<br><br>        Plaintiff,<br><br>    vs.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>        Defendants. | CASE NO. CV-F-05-0180 AWI LJO<br><br>**ORDER TO SERVE SUMMONS AND AMENDED COMPLAINT** |

      Plaintiff Michael F. Schulze ("plaintiff") proceeds pro se, is a federal prisoner, and on August 12, 2005, filed his first amended complaint to allege that the Federal Bureau of Investigation, Drug Enforcement Administration, Department of Justice and United States Marshals Service (collectively "defendants") violated the Freedom of Information Act and the Privacy Act, 5 U.S.C. §§ 552 and 552a. Since plaintiff has paid the full filing fee to initiate this action and does not proceed in forma pauperis, plaintiff bears responsibility to serve the summons and first amended complaint on defendants. To that end, this Court's clerk will be directed to issue summonses to plaintiff to accomplish service of the summons and first amended complaint. *See* F.R.Civ.P. 4. This Court grants plaintiff up to October 3, 2005 to serve defendants with the summons and first amended complaint in compliance with F.R.Civ.P. 4(i), which sets forth the requirements to serve federal agencies with a summons and complaint. This Court advises plaintiff that the service address for the U.S. Attorney for the Eastern District of California

is U.S. Attorney's Office, Civil Process Clerk, 1130 "O" Street, Room 3654, Fresno, CA 93721 and the service address of the U.S. Attorney General is U.S. Department of Justice, Washington, D.C. 20530. This Court is not in a position to provide plaintiff the service addresses of the defendant agencies.

On the basis of good cause, this Court:

1. DIRECTS this Court's clerk to issue and send plaintiff summonses for each of the four defendants;

2. ORDERS plaintiff, no later than October 3, 2005 to complete service of the summons and complaint on defendants in compliance with F.R.Civ.P. 4(i); and

3. ADMONISHES plaintiff that his Court will recommend to dismiss this action if plaintiff fails to comply with this order and to timely serve the summons and complaint on defendants in compliance with F.R.Civ.P. 4(i).  *See* F.R.Civ.P. 4(m).

IT IS SO ORDERED.

**Dated:   August 16, 2005**             **/s/ Lawrence J. O'Neill**
66h44d                                                    UNITED STATES MAGISTRATE JUDGE