IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL F. SCHULZE, | CASE NO. CV-F-05-0180 AWI LJO |
| Plaintiff, | **FURTHER ORDER ON SERVICE OF SUMMONS AND AMENDED COMPLAINT** |
| vs. | |
| FEDERAL BUREAU OF INVESTIGATION, et al., | |
| Defendants. | |

Plaintiff Michael F. Schulze ("plaintiff") proceeds pro se, is a federal prisoner, and on August 12, 2005, filed his first amended complaint to allege that the Federal Bureau of Investigation, Drug Enforcement Administration, Department of Justice and United States Marshals Service violated the Freedom of Information Act and the Privacy Act, 5 U.S.C. §§ 552 and 552a. Since plaintiff has paid the full filing fee to initiate this action and does not proceed in forma pauperis, plaintiff bears responsibility to serve the summons and first amended complaint on defendants. This Court is not in a position to provide plaintiff the service addresses of the Drug Enforcement Administration and United States Marshals Service or to serve the summons and amended complaint for plaintiff, pursuant to plaintiff's request in his September 20, 2005 papers.

On the basis of good cause, this Court:

1. DENIES plaintiff's request that this Court provide service addresses for or to serve the summons and amended complaint on the Drug Enforcement Administration and United

States Marshals Service;

2. ORDERS plaintiff, no later than October 17, 2005, to complete service of the summons and amended complaint on all defendants and in compliance with F.R.Civ.P. 4( i ) and to file with this Court proofs of such service; and

3. ADMONISHES plaintiff that his Court will recommend to dismiss this action as to any defendant on whom plaintiff fails to timely serve the summons and amended complaint and in compliance with F.R.Civ.P. 4(i).  *See* F.R.Civ.P. 4(m).

IT IS SO ORDERED.

Dated:   **September 22, 2005**              /s/ Lawrence J. O'Neill
66h44d                                       UNITED STATES MAGISTRATE JUDGE