McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for Defendant United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHULZE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF ) <br> INVESTIGATION, DRUG ) <br> ENFORCEMENT ADMINISTRATION, ) <br> UNITED STATES MARSHALS ) <br> SERVICE and DEPARTMENT OF ) <br> JUSTICE, ) <br> ) <br> Defendants. ) <br> ) <br>_____) | 1:05-cv-00180-AWI-LJO <br><br> **EX PARTE REQUEST TO EXTEND DEFENDANTS' TIME BY WHICH TO RESPOND TO AMENDED COMPLAINT; [PROPOSED] ORDER** <br><br> [Local Rule 6-144(c)] |

The United States of America requests an extension of time by which defendants Federal Bureau of Investigation, Drug Enforcement Administration, United States Marshals Service and Department of Justice ("defendants") must respond to plaintiff's Amended Complaint, filed on August 12, 2005. Defendants base their request on Eastern District Local Rule 6-144(c), as well as the following reasons:

   1.   Defendants are each federal agencies, and plaintiff sues them on allegations rooted in the Freedom of Information

Act.  Accordingly, defendants will likely be represented by the United States Attorney's Office.

2.   To date, plaintiff has not completed service with respect to two of the four defendants.  In addition, the undersigned has thus far had difficulty contacting the agent(s) of one of the served defendants with knowledge of this action.

3.   Good cause exists in support of this request.  The properly served defendants cannot obtain a stipulation for this extension, in that plaintiff has recently advised them and the court through a prior filing that he is in the midst of transferring locations as an inmate within the United States Bureau of Prisons.

4.   Based on the above, and to enable the United States Attorney's Office to respond to the Amended Complaint on behalf of all defendants at one time, defendants respectfully request that the Court extend defendants' time to respond until: (1) 30 days after plaintiff has notified the United States Attorney's Office that the last defendant in this action has been properly served, or (2) 60 days from the date of this filing (or, until December 19, 2005), whichever is later.

Respectfully submitted,

Dated: October 19, 2005         McGREGOR W. SCOTT
                                United States Attorney


                           By:  /s/ Brian W. Enos_____
                                BRIAN W. ENOS
                                Assistant U.S. Attorney
                                Attorneys for Defendant
                                United States of America

///

**ORDER**

     IT IS SO ORDERED.

**Dated:**     **October 20, 2005**                       /s/ Lawrence J. O'Neill
66h44d                                      UNITED STATES MAGISTRATE JUDGE