IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL F. SCHULZE,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al,<br><br>Defendants.<br>_____/ | CASE NO. CV-F-05-0180 AWI LJO<br><br>**ORDER TO SHOW CAUSE WHY SUMMONS AND AMENDED COMPLAINT HAVE NOT BEEN SERVED TO COMPLY WITH F.R.Civ.P. 4** |

Plaintiff Michael F. Schulze ("plaintiff") proceeds pro se and on August 12, 2005, filed his amended complaint to allege that several federal agencies violated the Freedom of Information Act and the Privacy Act, 5 U.S.C. §§ 552 and 552a. This Court granted plaintiff up to November 21, 2005 to serve the summons and amended complaint on defendants United States Marshals Service ("USMS") and Drug Enforcement Administration ("DEA"). To date, plaintiff has filed no documents to show proof of service of the summons and amended complaint on USMS and DEA to comply with F.R.Civ.P. 4(i) and (m). Neither USMS nor DEA has appeared in this action.

F.R.Civ.P.4(m) provides in part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

1    This Court ORDERS plaintiff, no later than December 12, 2005, to show cause in writing why
2 plaintiff has failed to: (1) file documents to show proof of service of the summons and amended
3 complaint on USMS and DEA to comply with F.R.Civ.P. 4(i); and (2) accomplish service on USMS and
4 DEA of the summons and amended complaint to comply with F.R.Civ.P. 4(m) .

5    **Plaintiff is admonished that this Court will recommend dismissal of this action if plaintiff**
6 **fails to comply with this order and to show good cause for failure to accomplish service of the**
7 **summons and amended complaint.**

8    IT IS SO ORDERED.

9 **Dated:     November 22, 2005**              **/s/ Lawrence J. O'Neill**
  66h44d                                       UNITED STATES MAGISTRATE JUDGE