IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL F. SCHULZE, | CASE NO. CV-F-05-0180 AWI LJO |
| Plaintiff, | **ORDER TO VACATE ORDER TO SHOW CAUSE WHY SUMMONS AND AMENDED COMPLAINT HAVE NOT BEEN SERVED** |
| vs. | (Doc. 30.) |
| FEDERAL BUREAU OF INVESTIGATION, et al, | |
| Defendants. | |

Plaintiff Michael F. Schulze ("plaintiff") proceeds pro se and on August 12, 2005, filed his amended complaint to allege that several federal agencies violated the Freedom of Information Act and the Privacy Act, 5 U.S.C. §§ 552 and 552a. This Court granted plaintiff up to November 21, 2005 to serve the summons and amended complaint on defendants United States Marshals Service ("USMS") and Drug Enforcement Administration ("DEA"). This Court issued its November 23, 2005 order to require plaintiff, no later than December 12, 2005, to show cause in writing why plaintiff has failed to: (1) file documents to show proof of service of the summons and amended complaint on defendants USMS and DEA to comply with F.R.Civ.P. 4(i); and (2) accomplish service on USMS and DEA of the summons and amended complaint to comply with F.R.Civ.P. 4(m). On December 19, 2005, all defendants, including USMS and DEA, filed their answer to the amended complaint to indicate USMS and DEA had been served with the summons and amended complaint. As such, this Court VACATES the November 23, 2005 order to show cause.

IT IS SO ORDERED.

**Dated:   December 21, 2005**               /s/ Lawrence J. O'Neill

1

1  66h44d                              UNITED STATES MAGISTRATE JUDGE

66h44d                              UNITED STATES MAGISTRATE JUDGE