IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL F. SCHULZE, | CASE NO. CV-F-05-0180 AWI LJO |
| Plaintiff, | <u>DISCOVERY AND SCHEDULING ORDER</u> |
| vs. | Deadline to Amend Pleadings:   July 14, 2006 |
| FEDERAL BUREAU OF INVESTIGATION, et al., | Discovery Cutoff:   Dec. 18, 2006 |
| Defendants. | Dispositive Motion Filing Deadline:   January 20, 2007 |

On December 19, 2005, defendants filed their answer to plaintiff's amended complaint. On the basis of good cause, this Court opens discovery for this action and sets a schedule as follows:

1. Discovery requests shall be served by the parties pursuant to F.R.Civ.P. 5 and this Court's Local Rule 5-135 and shall be filed only when required by Local Rules 33-250(c), 34-250(c) and 36-250(c).

2. Responses to written discovery requests shall be due 45 days after the request is first served.

3. Pursuant to F.R.Civ.P. 30(a), defendants may depose plaintiff and any other witness confined in a prison upon condition that, at least 14 days before such a deposition, defendants serve all parties with the notice required by F.R.Civ.P. 30(b)(1).

4. If disputes arise about the parties' obligations to respond to requests for discovery, the

parties shall comply with all pertinent rules, including F.R.Civ.P. 5, 7, 11, 26 and 37 and this Court's Local Rules 11-110, 7-130, 7-131, 5-134, 5-135, 6-136, 43-140 and 78-230(m).  Unless otherwise ordered, Local Rule 37-251 shall not apply.  A discovery motion that does not comply with all applicable rules will be stricken and may result in imposition of sanctions.

5. The deadline to amend pleadings is July 14, 2006.

6. All discovery and discovery motions (including motions to compel) shall be completed by or heard no later than December 18, 2006.

6. The deadline to serve and file pretrial dispositive motions is January 20, 2007.

8. **Extensions of time will only be granted on a showing of good cause.**

IT IS SO ORDERED.

**Dated:    January 20, 2006**            /s/ Lawrence J. O'Neill
66h44d                                    UNITED STATES MAGISTRATE JUDGE