McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare St., Ste. 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants Federal Bureau of Investigation,
Drug Enforcement Administration, United States
Marshals Service and Department of Justice

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL SCHULZE, | 1:05-cv-00180-AWI-LJO |
| Plaintiff, | **DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME BY WHICH TO FILE DISPOSITIVE MOTIONS; [PROPOSED] ORDER** |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION, DRUG ENFORCEMENT ADMINISTRATION, UNITED STATES MARSHALS SERVICE and DEPARTMENT OF JUSTICE, | [Local Rule 6-144(c)] |
| Defendants. | |

Pursuant to Local Rule 6-144(c), defendants Federal Bureau of Investigation, Drug Enforcement Administration, United States Marshals Service and Department of Justice ("defendants") request by way of this ex parte application a sixty-day extension of time by which all parties must file dispositive motions in this case. The present dispositive motion deadline is January 20, 2007.[1] Defendants seek to extend this deadline until March 20, 2007, and have not previously sought an extension of this deadline.

---

[1] The undersigned notes that this date falls on a Saturday.

Defendants base this application on good cause, and explain as follows:

1.  On January 20, 2006, this Court issued a Discovery and Scheduling Order regarding this case. (Doc 35). Within this order, the Court set a dispositive motion filing deadline of January 20, 2007.

2.  On December 11, 2006, the undersigned counsel for defendants attended the pretrial conference regarding United States v. 43.77 Acres, Case No. 1:03-cv-06065 AWI/LJO. Within this conference, counsel learned that trial in that case will definitively go forward on January 17, 2007, and will last approximately five weeks. (Declaration of Brian W. Enos ("Enos Decl."), para. 4)

3.  The 43.77 Acres matter comprises a complex eminent domain matter that was consolidated from five separate district court cases in 2004. This case involves many experts, and scores of parcels of real property. (Enos Decl., para. 5)

4.  In addition to receiving the Court's deadlines regarding normal pre-trial matters, the undersigned counsel also learned pursuant to this conference that he will need to take additional and previously unexpected depositions prior to trial. (Enos Decl., para. 6) It is anticipated that this case will take virtually all of counsel's time through trial, in addition to various late nights and weekends. (Ibid.)

5.  Regarding this case, it has recently been learned that: (1) personnel assigned to this case from the FBI will be unavailable from approximately December 22, 2006 through January

2

2, 2007, (2) personnel for the USMS assigned to this case will be unavailable from approximately December 22, 2006 through January 8, 2007 and (3) personnel for the DEA will be unavailable the entire week from Christmas until New Year's except December 28, 2006, as well as January 5, 2007. (Enos Decl., para. 7)

6.  Based on the above, an additional 60 days is needed to prepare and file defendants' dispositive motion in this case. Counsel's impacted schedule, coupled with the above trial and intermittent unavailability of relevant agency representatives provides good cause for this request. (Enos Decl., para. 8)

7.  Due to plaintiff's present status within the Bureau of Prisons, a timely stipulation cannot reasonably be obtained. (Enos Decl., para. 9)  In addition, this is the first time defendants have sought an ex parte application for an extension of time by which to file dispositive motions. (Ibid.)

8.  Due to plaintiff Schulze's present status within the Bureau of Prisons and attendant inability to timely address issues raised in these application papers, the undersigned feels it is appropriate to expose the Court to eight letters attached to his declaration in support of this application.  These letters are each dated within the August through December 2006 time frame. (Enos Decl., para. 10, Exh. A)  Within these letters (and as specified in the above declaration), Mr. Schulze indicates that he expects to be released on time-served at a re-sentencing hearing in January 2007. (Ibid.)

9. A timely stipulation extending time cannot be reasonably obtained, in that plaintiff, acting <u>pro se</u>, is presently incarcerated. (Enos Decl., para. 11)

10. In light of the foregoing, defendants respectfully request the Court to extend the parties' deadline by which to file dispositive motions in this case by 60 days, or through March 20, 2007. In light of the above, good cause supports this application.

Respectfully submitted,

Dated: December 21, 2006

McGREGOR W. SCOTT
United States Attorney

By: /s/ Brian W. Enos_____
BRIAN W. ENOS
Assistant U.S. Attorney
Attorneys for defendants
Federal Bureau of
Investigation, Drug
Enforcement Administration,
United States Marshals Service
and Department of Justice

**ORDER**

IT IS SO ORDERED.

**Dated:   December 22, 2006**          /s/ Lawrence J. O'Neill
66h44d                    UNITED STATES MAGISTRATE JUDGE

4