**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL F. SCHULZE,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION, et al.,<br><br>        Defendants. | CV-F-05-00180 AWI-NEW (WMW)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STAY SUMMARY JUDGMENT PROCEEDINGS PENDING PLAINTIFF'S TRANSFER** |

     On July 13, 2007 Defendants filed a Motion for Summary Judgement or, in the Alternative, Summary Adjudication.  Plaintiff is a prisoner proceeding *pro se*.  Pursuant to Local Rule 56-260(m), Defendants did not set a hearing date for their motion.  On August 13, Plaintiff moved to stay all proceedings in this case until completion of his transfer between correctional facilities.  Plaintiff represents that he is being transferred from Hawaii to South Carolina, and anticipates the transfer to be completed within 90 days.  Defendants filed a statement of non-opposition to Plaintiff's motion for a stay on August 20.

     Therefore, IT IS HEREBY ORDERED that Plaintiff's motion to stay is GRANTED.  Plaintiff is directed to file a notice of completion of transfer within 21 days after his transfer is complete, or by November 13, 2007, whichever comes first.

IT IS SO ORDERED.

Dated:   August 27, 2007                /s/ Anthony W. Ishii
                                                     UNITED STATES DISTRICT JUDGE