**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL F. SCHULZE,            ) | CV-F-05-00180 AWI-GSA |
|                                ) | |
| Plaintiff,           ) | ORDER GRANTING PLAINTIFF'S |
|                                ) | APPLICATION FOR ADDITIONAL |
| v.                             ) | TIME TO OPPOSE DEFENDANTS' |
|                                ) | MOTION FOR SUMMARY |
| FEDERAL BUREAU OF              ) | JUDGMENT |
| INVESTIGATION, et al.,         ) | |
|                                ) | (Document #68) |
| Defendants.          ) | |
| _____ ) | |

     On July 13, 2007 Defendants filed a Motion for Summary Judgement or, in the Alternative, Summary Adjudication.   Pursuant to Plaintiff's request, on August 29, 2007, the court stayed this action until Plaintiff was transferred or until November 13, 2007, whichever came first.   On October 10, 2007, Plaintiff filed an application for additional time to file a response to Defendant's Motion.   Plaintiff stated that he had now been transferred, but Plaintiff claimed that his legal documents had not arrived at his new facility.   On October 22, 2007, the court granted Plaintiff until January 18, 2008 to file an opposition and granted Defendants until February 4, 2008 to file any reply brief.

     On January 14, 2008, Plaintiff filed a second application for an extention to time in which to file his opposition to Defendants' motion for summary judgment.   In this application, Plaintiff provides evidence that Defendants do not oppose a continuance, but are opposed to an open-ended continuance.   In Plaintiff's application, Plaintiff asks for an additional sixty days.

The court finds that Plaintiff has presented good cause for additional time. However, the court notes the motion at issue was filed in August 2007, and by this order, Plaintiff will have had a total of six months in which to respond to the motion. Pursuant to the Civil Justice Reform Act, this court is not supposed to have any motion pending for more than six months. Thus, the parties are informed that any further continuances absent extraordinary circumstances may not be granted.

Accordingly, the court ORDERS that:

1. Plaintiff's opposition to Defendants' motion for summary judgment SHALL BE FILED by March 21, 2008;

3. Defendants' reply SHALL BE FILED by April 7, 2008; and

4. As of April 7, 2008, the court will take the pending Motion for Summary Judgment under submission, and the court will thereafter enter a decision.

IT IS SO ORDERED.

**Dated:   February 29, 2008**              /s/ Anthony W. Ishii
                                            UNITED STATES DISTRICT JUDGE