IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL F. SCHULZE,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION, et al.,<br><br>        Defendants. | 1:05-CV 0180 AWI GSA<br><br>ORDER GRANTING PLAINTIFF'S<br>MOTION TO LIFT STAY<br><br>ORDER DIRECTING PLAINTIFF<br>TO FILE HIS OPPOSITION BRIEF<br>BY JULY 1, 2008<br><br>(Document #73) |

      On July 13, 2007, Defendants filed a motion for summary judgement or, in the alternative, summary adjudication.  Pursuant to Plaintiff's request, on August 29, 2007, the court stayed this action until Plaintiff was transferred or until November 13, 2007, whichever came first.  On October 10, 2007, Plaintiff filed a document stateing that he had been transferred but that he needed additional time to file a response to Defendants' Motion because his legal documents had not arrived at his new facility.  On October 22, 2007, the court granted Plaintiff until January 18, 2008, to file an opposition.  On January 14, 2008, Plaintiff filed a second application for an extension to time in which to file his opposition to Defendants' motion for summary judgment.  On March 3, 2008, the court granted Plaintiff's request and granted Plaintiff until March 21, 2008 to file an opposition.

      On March 10, 2008, Plaintiff filed a motion that asked the court to again stay this action. Plaintiff stated that he is subject to an order from the District of Hawaii to appear on April 4,

2008.  On March 3, 2008, the court stayed the action pending the proceedings in Hawaii.

On June 9, 2008, Plaintiff filed a motion to lift the stay.   The motion states that Plaintiff intends to file his opposition to the pending motion for summary judgment by June 30, 2008.

Accordingly, good cause having been presented to the court, the court ORDERS that:

1. Plaintiff's motion to lift the stay is GRANTED;
2. The stay in this action is hereby LIFTED;
3. Plaintiff's opposition to Defendant's motion for summary judgment SHALL BE FILED by July 1, 2008;
4. Defendants' reply, if any, SHALL BE FILED by July 14, 2008; and
5. As of July 14, 2008, the court will take the pending motion for summary judgment under submission, and the court will thereafter enter a decision.

IT IS SO ORDERED.

**Dated:   June 13, 2008**            /s/ Anthony W. Ishii
                                UNITED STATES DISTRICT JUDGE