UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHULZE,<br><br>        Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION et. al.,<br><br>        Defendants. | 1:05-cv-180 AWI -GSA<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO SEND PLAINTIFF A COPY OF THE LAST PAGE OF THE DOCKET REPORT IN THIS CASE<br><br>[Doc. 83] |

Plaintiff is a federal prisoner proceeding pro per in this action. He has filed a document entitled, " Ex Parte Motion to Compel Performance; Exhibits; Exhibits" (Doc. 83). Within the document, Plaintiff explains that he needs a copy of last page of the civil docket report so that he may monitor the progress of his case. Plaintiff alleges he has made numerous attempts to obtain a copy of the last page of the docket, but the Clerk's Office has denied the request because Plaintiff needs to pay $.50 for a copy. Plaintiff alleges that prison officials have refused to release the $.50 fee from his prison account. Plaintiff alleges that has attempted to pay the fee using postage stamps.

Under the circumstances, the court will waive the $.50 fee since Plaintiff if having difficulty coordinating the release of his funds from prison officials and he has shown due diligence. Plaintiff is advised that the court will not be inclined to waive the fee in the future. Accordingly, the Clerk of the Court is ORDERED to send Plaintiff the last page of the docket report free of charge.

IT IS SO ORDERED.

Dated: **March 16, 2009**         **/s/ Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE