BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHULZE,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION, DRUG ENFORCEMENT ADMINISTRATION, UNITED STATES MARSHALS SERVICE and DEPARTMENT OF JUSTICE,<br><br>    Defendants. | 1:05-cv-0180 AWI GSA<br><br>**DEFENDANTS' EX PARTE MOTION FOR INITIAL EXTENSION OF TIME TO FILE REPLY; ORDER** |

Defendants hereby move for an initial two-week extension of the time for reply to plaintiff's opposition to dismissal and summary judgment filed November 18, 2011, from November 25, 2010, until December 9, 2010. The reasons are set out in the included counsel declaration. No previous extension of this time has been requested or granted.

Dated: November 28, 2011            BENJAMIN B. WAGNER
                                    United States Attorney

                           By:    */s/ Y Himel*
                                    YOSHINORI H. T. HIMEL
                                    Assistant U.S. Attorney

## ORDER

For good cause shown, the time for the defendants to file and serve their reply supporting dismissal and summary judgment is EXTENDED until December 9, 2011.

IT IS SO ORDERED.

Dated: November 28, 2011

CHIEF UNITED STATES DISTRICT JUDGE