IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHULZE,<br><br>           Plaintiff,<br><br>      v.<br><br>FEDERAL BUREAU OF INVESTIGATION, DRUG ENFORCEMENT ADMINISTRATION, UNITED STATES MARSHALS SERVICE and DEPARTMENT OF JUSTICE,<br><br>           Defendants. | 1:05cv0180 AWI GSA<br><br>ORDER GRANTING DEFENDANTS' EX PARTE MOTION FOR INITIAL EXTENSION OF TIME TO FILE REPLY |

In this action under the Freedom of Information Act, defendants Federal Bureau of Investigation, et al. have filed an *ex parte* motion for initial extension of time to file a reply to Plaintiff's opposition to their motion to dismiss and for summary judgment. Good cause appearing that motion is granted.

It is hereby ORDERED that Defendants in this action shall file and serve their reply to Plaintiff's opposition not later than December 9, 2011.

IT IS SO ORDERED.

Dated:   November 30, 2011                                    _____
                                                                                CHIEF UNITED STATES DISTRICT JUDGE