# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SCHULZE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF ) <br> INVESTIGATION, DRUG ) <br> ENFORCEMENT ADMINISTRATION, ) <br> UNITED STATES MARSHALS ) <br> SERVICE and DEPARTMENT OF ) <br> JUSTICE, ) <br> ) <br> Defendants. ) <br> _____ ) | 1:05cv0180 AWI GSA <br><br> ORDER SETTING DEADLINE FOR FILING OF DISPOSITIVE MOTIONS BY DEFENDANTS |

The court has received the declaration of Yoshinori H.T. Himel in support of Defendants' request that the court set a deadline date of October 31, 2012, for filing of a further dispositive motion in this action. The court has reviewed the declaration and finds the information set forth therein establishes good for the court to set the filing deadline as requested.

THEREFORE, it is hereby ORDERED that any further dispositive motion by Defendants be filed and served not later than October 31, 2012. Plaintiff shall file and serve any opposition not later than twenty-eight (28) days after the date of filing of Defendants' motion. Any reply may be filed not later than fourteen (14) days following the filing of any opposition.

IT IS SO ORDERED.

Dated:    August 28, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE