UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL F. SCHULZE,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION, *et al*,<br><br>    Defendants. | **1:05-cv-180 AWI GSA**<br><br>**ORDER DENYING MOTION FOR STAY**<br><br>**(Doc. 119)** |

Plaintiff, Michael Schulze ("Plaintiff"), filed a Motion to Stay on May 16, 2014. (Doc. 119). In the motion, Plaintiff requests that this case be stayed pending his transfer to another prison.

"[T]he decision to grant a stay ... is 'generally left to the sound discretion of district courts.'" *Ryan v. Gonzales,* ––– U.S. ––––, ––––, 133 S.Ct. 696, 708, (2013) (quoting *Schriro v. Landrigan*, 550 U.S. 465, 473, 127 S.Ct. 1933 (2007)). However, "[t]he proponent of a stay bears the burden of establishing its need," and issuing a stay without taking any account of the nonmovant's interests in proceeding can be an abuse of discretion. *Clinton v. Jones*, 520 U.S. 681, 708, 117 S.Ct. 1636 (1997). In determining whether to stay proceedings, courts generally "consider[ ] the following factors: (1) judicial economy; (2) the moving party's hardship; and (3)

1

potential prejudice to the non-moving party." *Single Chip Sys. Corp. v. Intermec IP Corp.*, 495 F.Supp.2d 1052, 1057 (S.D.Cal.2007).

Here, there are no upcoming deadlines since all of the briefing on the pending motions has been completed.  Accordingly, there is no need to stay this litigation at this time.  Plaintiff is advised that pursuant to Local Rule 182(f) he must keep the Court apprised of his new address once the transfer is complete. Failure to do so may result in dismissal of this action.

Accordingly, it is hereby ordered that Plaintiff's motion to stay this action is DENIED. The Clerk of the Court is directed to serve this order on Plaintiff via United States mail at the following addresses :

Michael Schulze
36817-048
FCI Estill
P.O. Box 699
Estill, SC 29918

Michael Schulze
Register Number 36817-048
c/o Chris F. Schulze
91-189 Ewa Beach Road
Ewa Beach, HI 96706

IT IS SO ORDERED.

Dated:   **June 3, 2014**              /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE

2