IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL F. SCHULTZ., <br><br> **Plaintiff,** <br><br> vs. <br><br> FEDERAL BUREAU OF INVESTIGATION, DRUG ENFORCEMENT ADMINISTRATION, UNITED STATES MARSHALS SERVICE and DEPARTMENT OF JUSTICE, <br><br> **Defendants.** | 1:05-cv-0180 AWI GSA <br><br> **ORDER DIRECTING FILING (OR REFILING) OF VAUGHN INDEX** |

Currently before the court is the renewed motion of defendant Federal Bureau of Investigation ("FBI") for summary judgment. The court is in the process of reviewing the submissions of the parties with regard to FBI's motion but has found that Vaughn index that was the subject of the notice at Docket Number 134 was either not filed with the court or was filed unsuccessfully. In his opposition to FBI's motion for summary judgment, Plaintiff makes reference to characteristics of the Vaughn index and FBI's memorandum of points and authorities makes reference to it as well. The court finds it cannot give full consideration to the arguments of the parties without access to a copy of the Vaughn index that was produced to Plaintiff. It is therefore hereby ORDERED that FBI file or refile the Vaughn Index that was produced to Plaintiff on April 10, 2015.

IT IS SO ORDERED.

Dated:  September 8, 2015            _____
                                      SENIOR DISTRICT JUDGE