# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL F. SCHULTZE,**<br><br>   **Plaintiff**<br><br>   v.<br><br>**FEDERAL BUREAU OF INVESTIGATION, et al.,**<br><br>   **Defendants** | CASE NO. 1:05-CV-0180 AWI GSA<br><br>**ORDER ON PLAINTIFF'S MOTION TO CORRECT NAME**<br><br>(Doc. No. 157) |

On August 2, 2019, Plaintiff filed a motion to correct two orders issued by the Court on October 29, 2014 (Doc. No. 129) and March 3, 2016 (Doc. No. 155). Plaintiff states that it has come to his attention that his last name has been misspelled in these documents, and he requests that the Court issue an order correcting these orders so that his last name is spelled correct. See Doc. No. 157. The Court will grant Plaintiff relief and issue an order *nunc pro tunc* that corrects the spelling of his last name.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to correct (Doc. No. 157) is GRANTED as follows:

  a. Doc. No. 129 at Page 1 Lines 10 and 21, wherein Plaintiff is identified as "Michael F. Schultz," is CORRECTED *NUNC PRO TUNC* to read "Michael F. Schultze";

  b. Doc. No. 155 at Page 1 Lines 9 and 18, wherein Plaintiff is identified as "Michael F. Schultz," is CORRECTED *NUNC PRO TUNC* to read "Michael F. Schultze"

IT IS SO ORDERED.

Dated:  August 20, 2019        _____
                       SENIOR DISTRICT JUDGE

---

[1] Plaintiff also requests that the Court contact *Lexis* to inform the of the error. Such relief is not appropriate for the Court to order.