# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL F. SCHULZE,** | CASE NO. 1:05-CV-0180 AWI GSA |
| **Plaintiff** | |
| v. | ORDER ON PLAINTIFF'S MOTION TO CORRECT NAME |
| **FEDERAL BUREAU OF INVESTIGATION, et al.,** | (Doc. No. 159) |
| **Defendants** | |

On September 26, 2019, Plaintiff filed a motion to correct three orders issued by the Court (October 29, 2014 (Doc. No. 129)), (March 3, 2016 (Doc. No. 155)), and (August 22, 2019 (Doc. No. 158)). Plaintiff states that it has come to his attention that his last name has been misspelled in these documents, and he requests that the Court issue an order correcting these orders so that his last name is spelled correctly. See Doc. No. 157. The Court will grant Plaintiff relief and issue an order *nunc pro tunc* that corrects the spelling of his last name.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to correct (Doc. No. 159) is GRANTED as follows:

   a. Doc. No. 129 at Page 1 Lines 10 and 21, wherein Plaintiff is identified as "Michael F. Schultz," is CORRECTED *NUNC PRO TUNC* to read "Michael F. Schulze";

   b. Doc. No. 155 at Page 1 Lines 9 and 18, wherein Plaintiff is identified as "Michael F. Schultz," is CORRECTED *NUNC PRO TUNC* to read "Michael F. Schulze"; and

2. Doc. No. 159 is CORRECTED *NUNC PRO TUNC* to replace each reference to "Michael F. Schultze" with "Michael F. Schulze."

IT IS SO ORDERED.

Dated:   September 30, 2019                    _____
                                                SENIOR DISTRICT JUDGE